|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | IN THE UNITED STATES DISTRICT COURT | |
| 10 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 11 | JEMEANS FARR, | |
| 12 | Plaintiff, | No. CIV S-07-2615 FCD KJM P |
| 13 | vs. | |
| 14 | HIGH DESERT STATE PRISON, | |
| 15 | Defendants. | FINDINGS & RECOMMENDATIONS |
| 16 | _____/ | |

In December 2007 plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 17, 2009.

_____
U.S. MAGISTRATE JUDGE

1
farr2615.fta